# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 188TH DISTRICT COURT OF GREGG COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 3rd day of December, 2014, the cause upon appeal to revise or reverse your judgment between

**THE GOOD SHEPHERD HOSPITAL, INC., Appellant**

**NO. 12-13-00005-CV; Trial Court No. 2012-876-A**

Opinion by Brian Hoyle, Justice.

**RONALD MASTEN, ET AL., Appellees**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the trial court's order denying Appellant's motion to dismiss.

It is therefore ORDERED, ADJUDGED and DECREED that the trial court's order denying Appellant's motion to dismiss below **be in all things affirmed**, and that all costs of this appeal are hereby adjudged against the Appellant, **THE GOOD SHEPHERD HOSPITAL, INC.,** for which execution may issue, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 28th day of September, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
    Chief Deputy Clerk